[No. 12131-3-III. Division Three. October 5, 1993.]

CINDY L. HEIGIS, *Appellant*, v. MONICA MARIE CEPEDA, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 90-2-02231-0, Robert D. Austin, J., entered December 11, 1991. *Affirmed* by unpublished opinion per

Thompson, C.J., concurred in by Munson and Sweeney, JJ. Now published at 71 Wn. App. 626.